# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD CURE and JEFFREY COOPER, individually, and as a representative of a Class of Participants and Beneficiaries of the FM Global 401(k) Savings Plan,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, BOARD OF DIRECTORS OF FACTORY MUTUAL INSURANCE COMPANY, and FACTORY MUTUAL INSURANCE COMPANY RETIREMENT COMMITTEE,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-12399 |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY OF PROCEEDINGS

Pursuant to the Court's April 29, 2025 Order (Dkt. 51), Plaintiffs Edward Cure and Jeffrey Cooper ("Plaintiffs") and Defendants Factory Mutual Insurance Company, the Board of Directors of Factory Mutual Insurance Company, and the Factory Mutual Insurance Company Retirement Committee (collectively, "Defendants") (together with Plaintiffs, the "Parties") file this joint status report and motion to continue the stay of proceedings for thirty (30) days. In support thereof, the Parties state as follows:

　　　　1.　　On June 20, 2025, the Parties engaged in a virtual mediation with Steve Lucke, Esq., of JAMS. Mr. Lucke has extensive experience with these types of cases, both as a practitioner and a mediator.

　　　　2.　　The Parties were unable to resolve the action during the mediation. However, the Parties nonetheless believe their discussions were productive and they remain engaged in good

faith efforts to follow up on the mediation and fully explore whether a resolution can be reached at this time.

3. The Parties believe these efforts would be aided by a further thirty (30) day continuation of the stay of pretrial deadlines. A continuation of the stay will allow the Parties to devote sufficient time to working with Mr. Lucke to potentially resolve this matter.

4. The Parties respectfully request that they be permitted to file a joint status report by July 28, 2025, updating the Court on the progress of their settlement discussions.

5. This motion is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that the Court continue the stay of proceedings for thirty days and permit the Parties to file a joint status report by July 28, 2025, regarding the status of settlement discussions and, if necessary, proposing a schedule for further proceedings.

Dated:  June 27, 2025

**WALCHESKE & LUZI, LLC**

/s/ Paul M. Secunda*
* *Admitted Pro Hac Vice*
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
psecunda@walcheskeluzi.com

*Attorneys for Plaintiff and Proposed Class*

**JONATHAN M. FEIGENBAUM, ESQ.**

Jonathan M. Feigenbaum 184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

By: /s/ *William J. Delany*
William J. Delany (admitted *pro hac vice*)
Richard A. Smith, Jr. (admitted *pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 861-0164
(202) 659-4503 (facsimile)
wdelany@groom.com
rsmithjr@groom.com

OF COUNSEL:
Nicholas J. Ramacher
**Donnelly, Conroy & Gelhaar, LLP**
260 Franklin St., Suite 1600
Boston, MA 02110
(617) 720-2880
(617) 720-3554

njr@dcglaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document through the Court's ECF system on June 27, 2025, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

*/s/ William J. Delany*
William J. Delany