# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD CURE and JEFFREY COOPER, individually, and as a representative of a Class of Participants and Beneficiaries of the FM Global 401(k) Savings Plan,<br><br>        Plaintiffs,<br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, BOARD OF DIRECTORS OF FACTORY MUTUAL INSURANCE COMPANY, and FACTORY MUTUAL INSURANCE COMPANY RETIREMENT COMMITTEE,<br><br>        Defendants. | **Civil Action No. 1:23-cv-12399** |

## NOTICE OF SETTLEMENT

Pursuant to the Court's June 30, 2025 Order (Dkt. 53), Plaintiffs Edward Cure and Jeffrey Cooper ("Plaintiffs") and Defendants Factory Mutual Insurance Company, the Board of Directors of Factory Mutual Insurance Company, and the Factory Mutual Insurance Company Retirement Committee (collectively, "Defendants") (together with Plaintiffs, the "Parties") file this Notice of Settlement to inform the Court that they have reached an agreement in principal to resolve this matter.

The Parties are working to memorialize their agreement and prepare the appropriate documents to submit to the Court for preliminary approval pursuant to Federal Rule of Civil Procedure 23. The Parties propose that Plaintiffs file a motion for preliminary approval of the settlement by August 29, 2025. Given the Parties' agreement in principle to resolve this matter, the Parties request that the Court vacate all other deadlines in the April 7, 2025 Scheduling Order (Dkt. 49).

Dated:  July 28, 2025

| | |
|---|---|
| **WALCHESKE & LUZI, LLC** | By: /s/ *William J. Delany* <br> William J. Delany (admitted *pro hac vice*) |
| /s/ Paul M. Secunda * <br> * *Admitted Pro Hac Vice* <br> 235 N. Executive Dr., Suite 240 <br> Brookfield, Wisconsin 53005 <br> Telephone: (414) 828-2372 <br> psecunda@walcheskeluzi.com | Richard A. Smith, Jr. (admitted *pro hac vice*) <br> **GROOM LAW GROUP, CHARTERED** <br> 1701 Pennsylvania Avenue, NW <br> Washington, DC 20006 <br> (202) 861-0164 <br> (202) 659-4503 (facsimile) <br> wdelany@groom.com <br> rsmithjr@groom.com |
| *Attorneys for Plaintiff and Proposed Class* | |
| **JONATHAN M. FEIGENBAUM, ESQ.** | OF COUNSEL: <br> Nicholas J. Ramacher <br> **Donnelly, Conroy & Gelhaar, LLP** |
| Jonathan M. Feigenbaum 184 High Street, Suite 503 <br> Boston, MA 02110 <br> Telephone: (617) 357-9700 <br> E-Mail: jonathan@erisaattorneys.com | 260 Franklin St., Suite 1600 <br> Boston, MA 02110 <br> (617) 720-2880 <br> (617) 720-3554 <br> njr@dcglaw.com |
| | **ATTORNEYS FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document through the Court's ECF system on July 28, 2025, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

*/s/ William J. Delany*
William J. Delany
