UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD CURE and JEFFREY COOPER, individually, and as a representative of a Class of Participants and Beneficiaries of the FM Global 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, BOARD OF DIRECTORS OF FACTORY MUTUAL INSURANCE COMPANY, and FACTORY MUTUAL INSURANCE COMPANY RETIREMENT COMMITTEE,<br><br>Defendants. | Civil Action No. 1:23-cv-12399 |

**DECLARATION OF EDWARD CURE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Edward Cure, declare and state as follows:

1. I am a named class representative in the above-captioned action. I worked as a Compensation Manager and Supervisor at FM Global from April 2018 through April 2023. My employment took place at the FM Global headquarters in Johnston, Rhode Island.

2. During the Class Period, I was invested in the following investments: New York Life Anchor Stable Value Fund, T. Rowe Price Retire 2035 Fund, FIAM Core Plus Fund, and Fidelity 500 Index. I am a former participant in the FM Global 401(k) Savings Plan who rolled out of the Plan after my employment ended.

3. I am fully aware of my duties as a class representative. I am not aware of any conflicts of interest between myself and other Class Members.

1

4.      I take my duties as a class representative seriously, and I have attempted to fulfill those duties throughout the course of the litigation. Among other things, I have (1) reviewed the allegations in the complaints; (2) provided information and documents to counsel to assist in the prosecution of the action; and (3) reviewed the Settlement Agreement in its entirety and communicated with counsel regarding the mediation and negotiation of the Settlement.

5.      I am fully informed of the terms of the Settlement. I understand that I am a member of the Settlement Class, and I am satisfied with the terms that were reached.

6.      I believe the $750,000 monetary recovery represents a fair recovery for myself and the other Settlement Class Members, and I agree with the plan of allocation.

7.      In my opinion, the Settlement is fair, reasonable, and adequate, both as to me and as to the other Settlement Class members. I approve the Settlement in this case and encourage the Court to approve the Settlement as well.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   8/27/2025

Signed by:
Edward Cure