# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD CURE and JEFFREY COOPER, individually, and as a representative of a Class of Participants and Beneficiaries of the FM Global 401(k) Savings Plan,<br><br>    Plaintiffs,<br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, BOARD OF DIRECTORS OF FACTORY MUTUAL INSURANCE COMPANY, and FACTORY MUTUAL INSURANCE COMPANY RETIREMENT COMMITTEE,<br><br>    Defendants. | Civil Action No. 1:23-cv-12399 |

## DECLARATION OF JEFFREY COOPER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Jeffrey Cooper, declare and state as follows:

1. I am a named class representative in the above-captioned action. I worked as an Accountant III who was based in Waltham, MA, but traveled routinely to Wakefield, MA, from March 6, 2020, through January 25, 2022.

2. During the Class Period, I invested in the following investments: Fidelity Freedom 2055, Class K Target Date Fund. I am a former participant in the Plan who rolled out of the Plan in 2023.

3. I am fully aware of my duties as a class representative. I am not aware of any conflicts of interest between myself and other Class Members.

4. I take my duties as a class representative seriously, and I have attempted to fulfill those duties throughout the course of the litigation. Among other things, I have (1) reviewed the allegations

1

in the complaints; (2) provided information and documents to counsel to assist in the prosecution of the action; and (3) reviewed the Settlement Agreement in its entirety and communicated with counsel regarding the mediation and negotiation of the Settlement.

5.     I am fully informed of the terms of the Settlement.  I understand that I am a member of the Settlement Class, and I am satisfied with the terms that were reached.

6.     I believe the $750,000 monetary recovery represents a fair recovery for myself and the other Settlement Class Members, and I agree with the plan of allocation.

7.     In my opinion, the Settlement is fair, reasonable, and adequate, both as to me and as to the other Settlement Class members. I approve the Settlement in this case and encourage the Court to approve the Settlement as well.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  8/25/2025

Signed by: Jeffrey Cooper